IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **EUGENE WINGO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 1:05CV01039 |
| | ) | |
| **SID HARKLEROAD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**J-U-D-G-M-E-N-T**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 29, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action be, and is hereby, dismissed without prejudice to Plaintiff filing a new complaint in the proper district.

_____
United States District Judge

Date: March 23, 2006